■ In the Matter of EUGENE A. FALK, Admitted as EUGENE ALAN FALK, an Attorney.—Respondent reinstated as an attorney and counselor at law in the State of New York. Concur—Markewich, J. P., Kupferman, Capozzoli and Nunez, JJ.

■ In the Matter of MARY SALOMONE, Respondent, v NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM et al., Appellants.—After preargument conference, order of the Supreme Court, New York County, entered on March 5, 1976, unanimously modified, as provided in the stipulation of the parties, so as to strike from said order the final decretal paragraph thereof and, upon such modification, the appeal from said order is withdrawn, without costs and disbursements to either party. Concur—Murphy, J. P., Birns, Silverman, Capozzoli and Lane, JJ.